IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY BERNHARD, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BROWN & BROWN OF LEHIGH VALLEY INC., <u>et al.</u>, | : | |
| | : | |
| Defendants. | : | NO. 08-4335 |

## ORDER

AND NOW, this 10th day of June 2010, upon consideration of Defendants' Motion for Summary Judgement (Docket No. 30), Plaintiff's Opposition thereto (Docket Nos. 31, 32), and all other related briefing (Docket Nos. 36, 38), it is hereby ORDERED that Defendant's Motion for Summary Judgement (Docket No. 30) is GRANTED IN PART and DENIED IN PART as follows:

1. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's FLMA interference claim and Plaintiff's FMLA retaliation claim.

2. Defendants' Motion for Summary Judgment is DENIED in all other respects.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE